IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LIZBETH MONDRAGON GORDILLO, )
)
Petitioner, )
)
v. ) Case No. 26-3332-JWL
)
MISTY MACKEY, Warden, )
Midwest Regional Reception Center; )
SAMUEL OLSON, Field Office Director, ICE; )
DAVID VENTURELLA, Acting Director, ICE; and )
MARKWAYNE MULLIN, Secretary, DHS, )
)
Respondents. )
)
)

**ORDER**

Petitioner has filed an emergency motion to enforce the Court's prior release order in this case (Doc. # 16). Respondents shall file a response to the motion by **1:00 p.m. CST on November 11, 2026**,[1] in which they address whether the imposition of an ankle monitor violates this Court's order and whether it constitutes a new enforcement action.

IT IS SO ORDERED.

Dated this 10th day of November, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge

[1] The Court appreciates that November 11, 2026, is Veterans Day, but an expedited response is required in light of petitioner's appointment with immigration officials scheduled for the following day.